*Buckley* v. *Surface Transp. Corp.* (*supra*). The order appealed from will be modified accordingly, and as so modified, affirmed, without costs of this appeal. Settle order.

Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ., concur.

Order unanimously modified in accordance with the opinion herein and, as so modified, affirmed, without costs of this appeal. Settle order on notice.

PERFECT BRUSH MANUFACTURING CO., INC., Appellant, v. LEON J. GRAPPELL, Doing Business under the Name of PALAIS PAINTS, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that defendant had the burden of establishing the defense of payment and on this record there were clearly issues of fact including the credibility of the witnesses that should have been submitted to the jury, and it was error for the court to direct a verdict and dismiss the complaint and grant judgment to the defendant. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

J. BALLAY & Co., INC., Appellant, v. NELSON LINE, INC., Defendant, and EMPRESA INTERNACIONAL DE TRANSPORTES LIMITADA, Respondent.— We think that plaintiff was entitled to a determination of its rights to reach the property levied on beyond a determination of the narrow issue of title. Plaintiff asserts the right to levy on the property by virtue of section 107 of the Personal Property Law. That question was not determined by the Referee or the order appealed from, nor was it concluded by the decree of the United States District Court, which left open any question of prior liens. Order unanimously reversed, with $20 costs and disbursements to appellant, and the matter remitted to Special Term to determine whether plaintiff is entitled to avail itself of the provisions of the Personal Property Law. It may be appropriate to observe, however, that plaintiff may avail itself of such rights as it has as a mortgagee, which rights were reserved to plaintiff by the order appealed from. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *post*, p. 921.]

207–17 WEST 25TH STREET CO., INC., v. BLU-STRIKE SAFETY RAZOR BLADE Co., INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1071.]

JOSE P. PACIOS, Respondent, v. FRANK & MOLONEY, INC., Respondent-Appellant, and SALJOAN COAL & COKE CORPORATION, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1057.]

JOSE P. PACIOS, Respondent, v. FRANK & MOLONEY, INC., Respondent-Appellant, and SALJOAN COAL & COKE CORPORATION, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See 279 App. Div. 1057.]